■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY HALPIN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Jefferson County Court, Aylward, J.—criminal possession of stolen property, second degree.) Present—Dillon, P. J., Doerr, Green, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

Ricky Halpin, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Jefferson County Court, Aylward, J.—grand larceny, third degree, and another charge.) Present—Dillon, P. J., Doerr, Green, Pine and Davis, JJ.